# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jacobvitz, Robert H. | 2. Court or Organization<br><br>United States Bankruptcy Court | 3. Date of Report<br><br>05/21/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Dennis Chavez Federal Building and U.S. Courthouse
500 Gold Avenue S.W., 13th Floor
Albuquerque, NM 87102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABI bankrutcy educational seminar | January 2011 | Denver CO | Participated as a speaker | Reimbursement for hotel, food and travel. |
| 2. | National Conferece of Bankruptcy Judges | October 2011 | Tampa FL | Attendance at NCBJ Annual Conference | Reimbursement for some hotel nights and for travel. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA #1 | | | O | T | | | | | |
| 2. | --Vanguard Mid-Cap Index Fund (VIMSX) | A | Dividend | | | Sold | 07/19/11 | L | | |
| 3. | --Vanguard Capital Opportunity Fund (VHCAX) | | None | | | Sold | 01/03/11 | J | | |
| 4. | --Brown Capital Management Small Company Fund (BCSIX) | | None | J | T | Sold (part) | 07/19/11 | K | | |
| 5. | --Westprot Fund (WPFRX) | | None | J | T | Sold (part) | 01/04/11 | K | | |
| 6. | | | | | | Buy (add'l) | 05/02/11 | J | | |
| 7. | | | | | | Sold (part) | 07/19/11 | K | | |
| 8. | --Airgas Inc. (ARG) | | None | | | Sold | 01/14/11 | K | | |
| 9. | --Alteria Group Inc (MO) | | None | | | Sold | 01/04/11 | K | | |
| 10. | --Annaly Capital Management Inc. (NLY) | C | Dividend | | | Sold (part) | 01/04/11 | K | | |
| 11. | | | | | | Sold (part) | 02/14/11 | J | | |
| 12. | | | | | | Sold | 12/29/11 | J | | |
| 13. | --Alcoa Inc. (AA) | A | Dividend | | | Buy (add'l) | 01/04/11 | K | | |
| 14. | | | | | | Sold (part) | 01/13/11 | K | | |
| 15. | | | | | | Buy (add'l) | 02/14/11 | J | | |
| 16. | | | | | | Sold (part) | 02/23/11 | K | | |
| 17. | | | | | | Buy (add'l) | 03/28/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/30/11 | K | | |
| 19. | | | | | Sold (part) | 04/08/11 | K | | |
| 20. | | | | | Sold | 04/18/11 | K | | |
| 21. --Akamai Technologies Inc (AKAM) | | None | | | Buy | 02/10/11 | K | | |
| 22. | | | | | Sold | 02/23/11 | K | | |
| 23. --Apache Corp (APA) | A | Dividend | | | Buy | 01/10/11 | K | | |
| 24. | | | | | Sold (part) | 01/31/11 | K | | |
| 25. | | | | | Buy (add'l) | 02/14/11 | K | | |
| 26. | | | | | Buy (add'l) | 04/06/11 | K | | |
| 27. | | | | | Sold | 04/18/11 | K | | |
| 28. --Apple Inc (AAPL) | | None | N | T | Buy (add'l) | 01/14/11 | K | | |
| 29. | | | | | Buy (add'l) | 01/25/11 | K | | |
| 30. | | | | | Buy (add'l) | 03/03/11 | L | | |
| 31. | | | | | Sold (part) | 03/07/11 | L | | |
| 32. | | | | | Buy (add'l) | 03/28/11 | K | | |
| 33. | | | | | Sold (part) | 04/04/11 | K | | |
| 34. | | | | | Sold (part) | 04/06/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/08/11 | K | | |
| 36. | | | | | Buy (add'l) | 04/18/11 | K | | |
| 37. | | | | | Buy (add'l) | 04/19/11 | L | | |
| 38. | | | | | Buy (add'l) | 04/21/11 | L | | |
| 39. | | | | | Buy (add'l) | 05/02/11 | J | | |
| 40. | | | | | Buy (add'l) | 05/06/11 | M | | |
| 41. | | | | | Sold (part) | 05/11/11 | L | | |
| 42. | | | | | Buy (add'l) | 07/05/11 | L | | |
| 43. | | | | | Buy (add'l) | 07/07/11 | K | | |
| 44. | | | | | Sold (part) | 07/08/11 | N | | |
| 45. | | | | | Buy (add'l) | 07/11/11 | N | | |
| 46. | | | | | Buy (add'l) | 07/14/11 | N | | |
| 47. | | | | | Sold (part) | 07/18/11 | N | | |
| 48. | | | | | Buy (add'l) | 07/20/11 | N | | |
| 49. | | | | | Buy (add'l) | 07/26/11 | M | | |
| 50. | | | | | Sold (part) | 07/29/11 | N | | |
| 51. | | | | | Buy (add'l) | 08/01/11 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/03/11 | N | | |
| 53. | | | | | Buy (add'l) | 08/05/11 | J | | |
| 54. | | | | | Buy (add'l) | 08/08/11 | M | | |
| 55. | | | | | Buy (add'l) | 08/09/11 | M | | |
| 56. | | | | | Sold (part) | 08/10/11 | N | | |
| 57. | | | | | Buy (add'l) | 08/11/11 | N | | |
| 58. | | | | | Sold (part) | 08/15/11 | N | | |
| 59. | | | | | Sold (part) | 08/16/11 | M | | |
| 60. | | | | | Buy (add'l) | 08/17/11 | N | | |
| 61. | | | | | Sold (part) | 08/19/11 | M | | |
| 62. | | | | | Sold (part) | 08/22/11 | K | | |
| 63. | | | | | Buy (add'l) | 08/23/11 | M | | |
| 64. | | | | | Buy (add'l) | 08/24/11 | M | | |
| 65. | | | | | Buy (add'l) | 08/25/11 | J | | |
| 66. | | | | | Sold (part) | 08/26/11 | N | | |
| 67. | | | | | Buy (add'l) | 08/29/11 | N | | |
| 68. | | | | | Sold (part) | 09/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 09/12/11 | N | | |
| 70. | | | | | Buy (add'l) | 09/13/11 | N | | |
| 71. | | | | | Buy (add'l) | 09/19/11 | K | | |
| 72. | | | | | Buy (add'l) | 09/23/11 | K | | |
| 73. | | | | | Buy (add'l) | 10/17/11 | K | | |
| 74. | | | | | Buy (add'l) | 12/29/11 | K | | |
| 75.    --ARM Holdings PLC (ARMH) | | None | | | Buy | 02/02/11 | K | | |
| 76. | | | | | Buy (add'l) | 02/02/11 | J | | |
| 77. | | | | | Buy (add'l) | 02/02/11 | J | | |
| 78. | | | | | Sold (part) | 02/10/11 | K | | |
| 79. | | | | | Sold | 02/23/11 | J | | |
| 80.    --Broadcom Corp (BRCM) | | None | K | T | Buy | 12/27/11 | K | | |
| 81. | | | | | Sold (part) | 12/28/11 | J | | |
| 82.    --Clean Harbor Inc. (CLH) | | None | K | T | Buy (add'l) | 04/06/11 | K | | |
| 83. | | | | | Sold (part) | 04/18/11 | K | | |
| 84. | | | | | Buy (add'l) | 04/19/11 | K | | |
| 85. | | | | | Buy (add'l) | 04/25/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 07/08/11 | L | | |
| 87. | | | | | Buy (add'l) | 07/12/11 | K | | |
| 88. | | | | | Sold (part) | 07/18/11 | K | | |
| 89. | | | | | Buy (add'l) | 12/27/11 | K | | |
| 90.   --Crane Co (CR) | | None | | | Buy | 08/23/11 | J | | |
| 91. | | | | | Sold | 08/23/11 | J | | |
| 92.   --Cummins Inc CMI) | | None | | | Sold (part) | 01/18/11 | J | | |
| 93. | | | | | Buy (add'l) | 01/31/11 | K | | |
| 94. | | | | | Sold (part) | 02/01/11 | J | | |
| 95. | | | | | Buy (add'l) | 02/08/11 | J | | |
| 96. | | | | | Sold (part) | 02/23/11 | K | | |
| 97. | | | | | Sold (part) | 03/28/11 | K | | |
| 98. | | | | | Buy (add'l) | 04/04/11 | K | | |
| 99. | | | | | Sold (part) | 04/08/11 | K | | |
| 100. | | | | | Sold | 04/18/11 | K | | |
| 101.   --Caterpillar Inc (CAT) | | None | | | Buy | 04/04/11 | K | | |
| 102. | | | | | Sold (part) | 04/08/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 04/18/11 | J | | |
| 104.   --Chesapeake Energy Corp (CHK) | A | Dividend | | | Buy | 08/03/11 | M | | |
| 105. | | | | | Sold (part) | 08/05/11 | K | | |
| 106. | | | | | Sold (part) | 08/08/11 | K | | |
| 107. | | | | | Sold (part) | 08/10/11 | J | | |
| 108. | | | | | Sold (part) | 08/22/11 | J | | |
| 109. | | | | | Sold | 12/28/11 | J | | |
| 110.   --Cypress Semiconductor Corp (CY) | | None | | | Buy | 02/04/11 | K | | |
| 111. | | | | | Buy (add'l) | 02/07/11 | J | | |
| 112. | | | | | Sold | 02/23/11 | K | | |
| 113.   --Deckers Outdoor Corp (DECK) | | None | | | Sold (part) | 01/10/11 | J | | |
| 114. | | | | | Buy (add'l) | 01/13/11 | K | | |
| 115. | | | | | Buy (add'l) | 01/14/11 | J | | |
| 116. | | | | | Sold (part) | 01/25/11 | K | | |
| 117. | | | | | Sold | 01/31/11 | K | | |
| 118. | | | | | Buy | 08/22/11 | K | | |
| 119. | | | | | Buy (add'l) | 08/23/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 09/12/11 | K | | |
| 121. | | | | | Buy (add'l) | 09/16/11 | J | | |
| 122. | | | | | Sold (part) | 10/17/11 | K | | |
| 123. | | | | | Sold (part) | 12/27/11 | K | | |
| 124. | | | | | Sold (part) | 12/28/11 | J | | |
| 125. | | | | | Buy (add'l) | 12/29/11 | K | | |
| 126. | | | | | Sold | 12/29/11 | K | | |
| 127. --Deere & Co (DE) | | None | | | Buy | 04/01/11 | K | | |
| 128. | | | | | Sold | 04/05/11 | K | | |
| 129. --Enterprise Products Partners LP (EPD) | A | Distribution | | | Buy | 01/03/11 | J | | |
| 130. | | | | | Buy (add'l) | 01/06/11 | J | | |
| 131. | | | | | Sold (part) | 07/26/11 | J | | |
| 132. | | | | | Sold | 08/08/11 | J | | |
| 133. --EOG Resources Inc (EOG) | A | Dividend | | | Buy | 03/28/11 | K | | |
| 134. | | | | | Sold | 04/18/11 | K | | |
| 135. --F5 Networks Inc (FFIV) | | None | | | Buy | 01/31/11 | K | | |
| 136. | | | | | Buy (add'l) | 02/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 02/23/11 | K | | |
| 138. --Flour Corp (FLR) | A | Dividend | | | Sold (part) | 02/07/11 | J | | |
| 139. | | | | | Sold (part) | 02/23/11 | K | | |
| 140. | | | | | Buy (add'l) | 02/24/11 | K | | |
| 141. | | | | | Sold (part) | 03/02/11 | J | | |
| 142. | | | | | Sold (part) | 04/18/11 | K | | |
| 143. | | | | | Sold | 08/08/11 | J | | |
| 144. --Frontier Communications Corp (FTR) | | None | | | Sold | 01/18/11 | K | | |
| 145. --SPDR Gold Shares (GLD)) | | None | | | Buy | 01/31/11 | K | | |
| 146. | | | | | Sold (part) | 02/01/11 | K | | |
| 147. | | | | | Sold (part) | 01/03/11 | K | | |
| 148. | | | | | Buy (add'l) | 02/04/11 | K | | |
| 149. | | | | | Sold (part) | 02/07/11 | J | | |
| 150. | | | | | Sold (part) | 02/14/11 | J | | |
| 151. | | | | | Buy (add'l) | 02/23/11 | M | | |
| 152. | | | | | Sold (part) | 02/28/11 | L | | |
| 153. | | | | | Buy (add'l) | 02/23/11 | M | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 03/03/11 | K | | |
| 155. | | | | | Buy | 08/03/11 | M | | |
| 156. | | | | | Sold (part) | 08/08/11 | L | | |
| 157. | | | | | Buy (add'l) | 08/10/11 | K | | |
| 158. | | | | | Sold (part) | 08/11/11 | M | | |
| 159. | | | | | Buy (add'l) | 08/15/11 | N | | |
| 160. | | | | | Buy (add'l) | 08/16/11 | K | | |
| 161. | | | | | Sold (part) | 08/17/11 | N | | |
| 162. | | | | | Buy (add'l) | 08/19/11 | M | | |
| 163. | | | | | Buy (add'l) | 08/22/11 | M | | |
| 164. | | | | | Sold (part) | 08/23/11 | N | | |
| 165. | | | | | Sold (part) | 08/24/11 | K | | |
| 166. | | | | | Buy (add'l) | 09/19/11 | L | | |
| 167. | | | | | Sold (part) | 09/21/11 | K | | |
| 168. | | | | | Sold (part) | 09/23/11 | J | | |
| 169. | | | | | Sold (part) | 09/26/11 | J | | |
| 170. | | | | | Sold | 12/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  --Goldcorp Inc (GG) | A | Dividend | | | Buy | 02/23/11 | L | | |
| 172. | | | | | Buy (add'l) | 02/24/11 | K | | |
| 173. | | | | | Sold (part) | 03/03/11 | L | | |
| 174. | | | | | Buy (add'l) | 03/07/11 | L | | |
| 175. | | | | | Sold (part) | 03/28/11 | L | | |
| 176. | | | | | Sold (part) | 04/04/11 | K | | |
| 177. | | | | | Buy (add'l) | 04/06/11 | K | | |
| 178. | | | | | Sold (part) | 04/18/11 | L | | |
| 179. | | | | | Buy (add'l) | 04/21/11 | L | | |
| 180. | | | | | Buy (add'l) | 04/25/11 | L | | |
| 181. | | | | | Sold (part) | 05/06/11 | L | | |
| 182. | | | | | Buy (add'l) | 07/14/11 | J | | |
| 183. | | | | | Sold (part) | 08/08/11 | J | | |
| 184. | | | | | Sold (part) | 08/15/11 | J | | |
| 185. | | | | | Sold (part) | 09/12/11 | J | | |
| 186. | | | | | Sold (part) | 09/16/11 | J | | |
| 187. | | | | | Sold (part) | 09/26/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 12/28/11 | J | | |
| 189. --Halliburton Co (HAL) | | None | | | Buy | 02/28/11 | K | | |
| 190. | | | | | Sold (part) | 03/01/11 | J | | |
| 191. | | | | | Sold (part) | 03/02/11 | K | | |
| 192. | | | | | Sold | 03/28/11 | J | | |
| 193. --Intel Corp (INTC) | | None | | | Buy | 01/03/11 | K | | |
| 194. | | | | | Sold (part) | 01/06/11 | K | | |
| 195. | | | | | Sold | 02/01/11 | K | | |
| 196. --Jabil Circuit Inc. (JBL) | A | Dividend | | | Sold (part) | 02/23/11 | L | | |
| 197. | | | | | Buy (add'l) | 03/01/11 | K | | |
| 198. | | | | | Buy | 03/03/11 | K | | |
| 199. | | | | | Sold (part) | 03/30/11 | K | | |
| 200. | | | | | Sold | 04/04/11 | J | | |
| 201. --Johnson Controls Incl (JCI) | | None | | | Sold (part) | 02/02/11 | K | | |
| 202. | | | | | Sold | 02/02/11 | J | | |
| 203. --Juniper Networks Inc (JNPR) | | None | | | Buy | 04/25/11 | K | | |
| 204. | | | | | Sold (part) | 07/05/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 09/20/11 | K | | |
| 206. | | | | | Buy (add'l) | 09/21/11 | K | | |
| 207. | | | | | Sold (part) | 09/23/11 | K | | |
| 208. | | | | | Sold (part) | 09/26/11 | J | | |
| 209. | | | | | Sold (part) | 10/17/11 | J | | |
| 210. | | | | | Sold | 12/28/11 | J | | |
| 211.  --Kinder Morgan Energy Partners LP (KMP) | A | Dividend | L | T | Sold (part) | 01/06/11 | J | | |
| 212. | | | | | Sold (part) | 02/14/11 | J | | |
| 213. | | | | | Sold (part) | 09/16/11 | J | | |
| 214. | | | | | Buy (add'l) | 12/28/11 | K | | |
| 215.  --Linn Energy LLC (LINE) | B | Dividend | | | Sold (part) | 02/08/11 | K | | |
| 216. | | | | | Sold (part) | 02/14/11 | J | | |
| 217. | | | | | Sold | 08/04/11 | K | | |
| 218.  --lululemon Athletica Inc (LULU) | | None | | | Buy | 02/28/11 | K | | |
| 219. | | | | | Sold (part) | 03/01/11 | K | | |
| 220. | | | | | Sold | 03/07/11 | K | | |
| 221.  --NVIDIA Corp (NVDA) | | None | | | Buy | 09/21/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 09/26/11 | J | | |
| 223. | | | | | Sold (part) | 10/17/11 | K | | |
| 224. | | | | | Buy (add'l) | 12/27/11 | K | | |
| 225. | | | | | Sold | 12/28/11 | K | | |
| 226. --Noble Energy Inc (NBL) | | | | | Sold | 01/03/11 | K | | |
| 227. --Oracle Corp (ORCL) | A | Dividend | | | Sold | 01/31/11 | K | | |
| 228. --Peabody Energy Corp (BTU) | A | Dividend | | | Sold (part) | 01/18/11 | J | | |
| 229. | | | | | Buy (add'l) | 02/01/11 | J | | |
| 230. | | | | | Sold (part) | 03/28/11 | J | | |
| 231. | | | | | Sold (part) | 04/18/11 | K | | |
| 232. | | | | | Buy (add'l) | 04/25/11 | K | | |
| 233. | | | | | Sold | 05/06/11 | K | | |
| 234. --PNC Financial Services Group Inc (PNC) | A | Dividend | | | Buy | 01/10/11 | K | | |
| 235. | | | | | Buy (add'l) | 01/13/11 | K | | |
| 236. | | | | | Sold (part) | 01/14/11 | J | | |
| 237. | | | | | Sold (part) | 01/25/11 | J | | |
| 238. | | | | | Sold | 01/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --Potash Corporation of Saskatchewan Inc (POT) | A | Dividend | | | Buy | 01/14/11 | K | | |
| 240. | | | | | Buy (add'l) | 01/18/11 | J | | |
| 241. | | | | | Buy (add'l) | 02/01/11 | K | | |
| 242. | | | | | Buy (add'l) | 02/14/11 | J | | |
| 243. | | | | | Buy (add'l) | 03/04/11 | K | | |
| 244. | | | | | Sold (part) | 02/23/11 | L | | |
| 245. | | | | | Sold (part) | 04/08/11 | J | | |
| 246. | | | | | Sold | 04/18/11 | J | | |
| 247. --Red Hat Inc (RHT) | | None | | | Buy | 01/04/11 | K | | |
| 248. | | | | | Sold (part) | 01/10/11 | J | | |
| 249. | | | | | Sold | 01/13/11 | K | | |
| 250. --Salesforce.com Inc (CRM) | A | Dividend | | | Buy | 08/23/11 | L | | |
| 251. | | | | | Sold (part) | 08/24/11 | L | | |
| 252. | | | | | Sold (part) | 09/12/11 | J | | |
| 253. | | | | | Sold | 09/21/11 | J | | |
| 254. --SandRidge Energy Inc (SD) | | None | | | Buy | 02/25/11 | J | | |
| 255. | | | | | Buy (add'l) | 03/07/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 03/28/11 | K | | |
| 257. | | | | | Buy (add'l) | 03/30/11 | K | | |
| 258. | | | | | Sold (part) | 04/18/11 | K | | |
| 259. | | | | | Buy (add'l) | 04/21/11 | L | | |
| 260. | | | | | Buy (add'l) | 04/25/11 | L | | |
| 261. | | | | | Sold | 05/06/11 | K | | |
| 262. | | | | | Buy | 09/14/11 | K | | |
| 263. | | | | | Sold (part) | 09/16/11 | J | | |
| 264. | | | | | Sold (part) | 09/20/11 | J | | |
| 265. | | | | | Sold (part) | 09/21/11 | J | | |
| 266. | | | | | Sold (part) | 09/26/11 | J | | |
| 267. | | | | | Sold | 12/28/11 | J | | |
| 268. --iShares Silver Trust (SLV) | None | | | | Buy | 04/18/11 | K | | |
| 269. | | | | | Sold (part) | 04/18/11 | K | | |
| 270. | | | | | Buy (add'l) | 04/19/11 | K | | |
| 271. | | | | | Buy (add'l) | 04/21/11 | K | | |
| 272. | | | | | Buy (add'l) | 04/25/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 05/06/11 | L | | |
| 274. | | | | | Buy (add'l) | 05/11/11 | L | | |
| 275. | | | | | Sold (part) | 07/05/11 | K | | |
| 276. | | | | | Sold | 07/05/11 | K | | |
| 277.  --Soda Stream International Ltd (SODA) | None | | | | Buy | 02/24/11 | K | | |
| 278. | | | | | Sold | 02/28/11 | K | | |
| 279. | | | | | Buy | 04/18/11 | K | | |
| 280. | | | | | Sold (part) | 04/18/11 | K | | |
| 281. | | | | | Sold (part) | 04/19/11 | J | | |
| 282. | | | | | Sold (part) | 05/02/11 | J | | |
| 283. | | | | | Sold (part) | 07/12/11 | J | | |
| 284. | | | | | Buy (add'l) | 07/25/11 | M | | |
| 285. | | | | | Sold (part) | 07/26/11 | L | | |
| 286. | | | | | Sold (part) | 08/08/11 | J | | |
| 287. | | | | | Buy (add'l) | 08/15/11 | K | | |
| 288. | | | | | Sold | 08/16/11 | K | | |
| 289.  --Southwestern Energy Co (SWN) | None | | | | Buy | 01/06/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 01/18/11 | J | | |
| 291. | | | | | Sold | 01/31/11 | K | | |
| 292. --WABCO Holdings Inc (WBC) | | None | | | Sold (part) | 01/18/11 | J | | |
| 293. | | | | | Sold | 02/01/11 | K | | |
| 294. --Weatherford International Ltd (WFT) | | None | | | Buy | 03/03/11 | K | | |
| 295. | | | | | Sold | 03/28/11 | K | | |
| 296. IRA #2 | | | K | T | | | | | |
| 297. --Apple Inc (AAPL) | | None | J | T | Buy | 01/19/11 | K | | |
| 298. | | | | | Sold (part) | 01/31/11 | K | | |
| 299. | | | | | Buy (add'l) | 02/01/11 | K | | |
| 300. | | | | | Buy (add'l) | 02/08/11 | J | | |
| 301. | | | | | Sold (part) | 04/04/11 | J | | |
| 302. | | | | | Sold (part) | 04/18/11 | J | | |
| 303. | | | | | Sold (part) | 12/28/11 | K | | |
| 304. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 305. --Peabody Energy Corp (BTU) | A | Dividend | | | Buy | 02/01/11 | J | | |
| 306. | | | | | Sold | 02/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy | 04/21/11 | J | | |
| 308. | | | | | Sold | 05/06/11 | J | | |
| 309. | | | | | Buy | 05/11/11 | K | | |
| 310. | | | | | Sold (part) | 07/25/11 | J | | |
| 311. | | | | | Sold | 08/03/11 | J | | |
| 312. --Salesforce.com Inc (CRM) | | None | | | Buy | 08/26/11 | J | | |
| 313. | | | | | Buy (add'l) | 09/07/11 | J | | |
| 314. | | | | | Sold (part) | 10/11/11 | J | | |
| 315. | | | | | Sold | 12/28/11 | J | | |
| 316. --Fluor Corp (FLR) | A | Dividend | J | T | Buy | 05/11/11 | J | | |
| 317. | | | | | Sold (part) | 07/05/11 | J | | |
| 318. --Frontier Communications Corp (FTR) | | None | | | Sold | 01/19/11 | K | | |
| 319. --NovaGold Resources Inc (NG) | | | | | Buy | 01/18/11 | J | | |
| 320. | | | | | Sold (part) | 01/19/11 | J | | |
| 321. | | | | | Sold (part) | 02/01/11 | J | | |
| 322. | | | | | Sold | 03/01/11 | J | | |
| 323. --Goldcorp Inc (GG) | A | Dividend | | | Buy | 07/14/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 07/25/11 | J | | |
| 325. | | | | | Sold (part) | 08/10/11 | J | | |
| 326. | | | | | Sold | 08/24/11 | J | | |
| 327. --Juniper Networks Inc (JNPR) | | None | | | Buy | 10/11/11 | J | | |
| 328. | | | | | Sold | 12/28/11 | J | | |
| 329. --Proctor & Gamble Co (PG) | | None | | | Sold | 01/03/11 | J | | |
| 330. --SandRidge Energy Inc (SD) | | None | | | Buy | 03/01/11 | J | | |
| 331. | | | | | Buy (add'l) | 04/04/11 | J | | |
| 332. | | | | | Sold | 05/06/11 | K | | |
| 333. --SPDR Gold Shares (GLD) | | None | | | Sold (part) | 01/04/11 | J | | |
| 334. | | | | | Buy (add'l) | 08/03/11 | J | | |
| 335. | | | | | Buy (add'l) | 08/10/11 | J | | |
| 336. | | | | | Sold (part) | 08/23/11 | J | | |
| 337. | | | | | Sold (part) | 08/24/11 | J | | |
| 338. | | | | | Buy (add'l) | 08/26/11 | K | | |
| 339. | | | | | Sold (part) | 09/07/11 | J | | |
| 340. | | | | | Sold (part) | 09/26/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 12/28/11 | J | | |
| 342. --Southwestern Energy Co (SWN) | | None | | | Buy | 01/06/11 | K | | |
| 343. | | | | | Sold | 01/18/11 | K | | |
| 344. IRA #3 | | | K | T | | | | | |
| 345. --Amana Mutual Tr Growth Fund (AMAGX) | A | Dividend | | | Sold | 08/22/11 | J | | |
| 346. --Apple Inc (AAPL) | | None | J | T | Buy | 07/14/11 | J | | |
| 347. | | | | | Sold | 08/03/11 | J | | |
| 348. | | | | | Buy | 09/19/11 | J | | |
| 349. --ARM Holdings PLC (ARMH) | | None | | | Buy | 02/02/11 | J | | |
| 350. | | | | | Sold | 03/01/11 | J | | |
| 351. --Broadcom Corp (BRCM) | | None | J | T | Buy | 12/27/11 | J | | |
| 352. --SPDR Gold Shares Trust (GLD) | | None | | | Buy (add'l) | 08/03/11 | J | | |
| 353. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 354. | | | | | Sold (part) | 09/19/11 | J | | |
| 355. | | | | | Sold | 12/27/11 | J | | |
| 356. --Linn Energy LLC (LINE) | | None | | | Sold (part) | 08/22/11 | J | | |
| 357. | | | | | Sold | 09/19/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. --Parnassus Small-Cap Fund (PARSX) | | None | | | Sold | 10/17/11 | J | | |
| 359. --Proctor & Gamble Co (PG) | | None | | | Sold | 01/04/11 | J | | |
| 360. --iShares MSCI Malaysia Index Fund (EWM) | | None | | | Sold | 03/01/11 | J | | |
| 361. --SandRidge Energy Inc (SD) | | None | | | Buy | 03/01/11 | J | | |
| 362. | | | | | Sold | 05/06/11 | J | | |
| 363. --Southwestern Energy Co (SWN) | | None | | | Buy | 01/06/11 | J | | |
| 364. | | | | | Sold | 02/02/11 | J | | |
| 365. Brokerage Account #1 | | None | K | T | | | | | |
| 366. --CRM Small/Mid Cap Value Fund Class Investor (CRMAX) | | None | | | Buy | 01/06/11 | J | | |
| 367. | | | | | Sold | 07/14/11 | J | | |
| 368. --Janus Orion Fund J Shares (JORNX) | A | Dividend | J | T | Sold (part) | 08/22/11 | J | | |
| 369. --SandRidge Energy Inc (SD) | | None | | | Buy | 03/01/11 | K | | |
| 370. | | | | | Sold | 03/01/11 | K | | |
| 371. --SPDR Gold Shares (GLD) | | None | | | Sold (part) | 01/04/11 | K | | |
| 372. | | | | | Sold | 01/06/11 | J | | |
| 373. --Vanguard Mid-Cap Index Fund (VIMSX) | A | Dividend | J | T | Sold (part) | 08/22/11 | J | | |
| 374. --Westport Fund Class R (WPFRX) | | None | | | Buy | 01/04/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 08/10/11 | K | | |
| 376. | | | | | | | | | |
| 377. Wells Fargo Bank accounts | A | Int./Div. | J | T | | | | | |
| 378. Reliastar Life Insurance (universal life) | B | Int./Div. | K | T | | | | | |
| 379. Crown Life Insurance Company (universal life) | A | Int./Div. | J | T | | | | | |
| 380. TD Waterhouse money market accounts | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

It em 95 of Part VIII of my 2010 Annual FDR report is amended to provide that the entire position of Polo Ralph Lauren Corp (RL) was sold on 12-31-10 (the Report states that only part of the position was sold on that date).

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/21/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert H. Jacobvitz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544